```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ORMOND COUNTRY CLUB              *          CIVIL ACTION

VERSUS                           *          NO: 06-11376

JAMES RIVER INSURANCE            *          SECTION: "D"(3)
COMPANY
```

**ORDER AND REASONS**

Before the court is the **"Motion To Exclude Report and Testimony of Michael K. A. Gurtler" (Doc. No. 34)** filed by Defendant, James River Insurance Company (James River). ***No memorandum in opposition was timely filed***. The motion was set for hearing at the Pre-Trial Conference on Wednesday, April 9, 2008 at 1:30 p.m.,[1] at which time the court heard argument from counsel and ruled.

Having considered the memoranda and argument of counsel, the record, and the applicable law, the court finds that some of the content of Mr. Gurtler's report (Doc. No. 34-4) is outside of his expertise and without proper foundation. But the court finds that,

---

[1] This motion was initially set for hearing on March 12, 2008. (*See* Doc. No. 34-2). Upon motions filed by Plaintiff, the Ormond Country Club, the hearing was continued twice, first to March 26, 2008 and then to April 9, 2008. (*See* Docs. Nos. 39 & 49).

rather than trying to parse Mr. Gurtler's report at this juncture, it would be more efficient to observe the cross-examination of Mr. Gurtler at the non-jury Trial, and then determine which portion of Mr. Gurtler's testimony/opinion is reliable.

Accordingly;

**IT IS ORDERED** that the ruling of Defendant's **"Motion To Exclude Report and Testimony of Michael K. A. Gurtler"** be and is hereby **DENIED**.

New Orleans, Louisiana, this **9th** day of **April, 2008.**

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

2